# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JAMES EDWARD DEWHART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-0430-KOB-JHE |
| ) | |
| NANCY YARBROUGH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on October 29, 2021, recommending this action be dismissed without prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  (Doc. 9).  The plaintiff has filed an objection to the report and recommendation.  (Doc. 10).  However, the plaintiff does not point to any legal or factual error in the report and recommendation.  Instead, he restates his request that the court "appoint a Patent Attorney to patent the Retrodiscovery Research Career Amassed inventions of the plaintiff."  (Doc. 9 at 2).  The plaintiff has also attached a "Disclosure Document" that he sent to the Assistant Commissioner for Patents in Washington, D.C., related to one of his inventions, and a portion of a newspaper article. (Doc. 9 at 3).  The plaintiff's objection lacks merit.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the plaintiff's objection,

the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court concludes that this action is due to be dismissed without prejudice as frivolous.

The court will enter a separate Final Order.

DONE and ORDERED this 30th day of November, 2021.

**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE